AUSA: Lauren Phillips

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL GOLDFINE,

Defendant.

**24 MAG 4317**

24 Mag.

RULE 5(c)(3) AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

Alexander S. Vasiliades, being duly sworn, deposes and says that he is a Special Agent with the U.S. Federal Bureau of Investigation ("FBI"), and charges as follows:

On or about November 7, 2024, the United States District Court for the Northern District of California issued a warrant for the arrest of "Michael Goldfine" on an Indictment charging violations of 18 U.S.C. §§ 371, 1960, and 2 (hereinafter, the "Indictment" and "Warrant"). Copies of the Indictment and Warrant are attached hereto as Exhibit A and Exhibit B, respectively, and are incorporated by reference herein.

I believe that MICHAEL GOLDFINE, the defendant, who was taken into the custody of the FBI today in the Southern District of New York, is the same individual as the "Michael Goldfine" who is named in the Warrant issued by the United States District Court for the Northern District of California.

The bases for my knowledge and for the foregoing are, in part, as follows:

1. I am a Special Agent with the FBI. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. I have been personally involved in determining whether MICHAEL GOLDFINE, the defendant, is the same individual as the "Michael Goldfine" named in the Warrant issued by the United States District Court for the Northern District of California. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the Northern District of California, I know that, on or about November 7, 2024, the United States District Court for the Northern District of California issued a Warrant for the arrest of "Michael Goldfine." The Warrant was issued based on an Indictment charging "Michael Goldfine" with violations of 18 U.S.C. §§ 371 (conspiracy to make false statements to a bank; conspiracy to operate an unlicensed money transmitting business), 1960 (unlicensed money transmitting business), and 2 (aiding and abetting the same).

3.  I believe that MICHAEL GOLDFINE, the defendant, is the same person as the "Michael Goldfine" listed in the Warrant for the following reasons, among others:

a.  On or about December 13, 2024, at approximately 9 a.m., I called a phone number which, based on my review of law enforcement records and reports associated with this case, including the U.S. Customs and Border Protection Global Entry application of "Michael Goldfine" as well as other records, I have determined to be associated with "Michael Goldfine." I left a voicemail identifying myself and asking "Michael Goldfine" to return my call. An individual who identified himself as MICHAEL GOLDFINE returned my call. After I informed GOLDFINE there was a warrant for his arrest, I spoke to GOLDFINE and his counsel. His counsel informed me that GOLDFINE would report to the U.S. Marshals Service in Manhattan, New York, by 11:30 a.m. on or about December 13, 2024.

b.  I personally observed that on or about December 13, 2024, at approximately 11:30 a.m., GOLDFINE self-surrendered to the U.S. Marshals Service in Manhattan, New York.

c.  During his self-surrender, GOLDFINE's appearance was consistent with a photograph of "Michael Goldfine" that I reviewed in the law enforcement investigative file.

d.  During his self-surrender, GOLDFINE provided law enforcement with identification in the name of "Michael Goldfine," with a date of birth and address I know, based on the law enforcement investigative file, to be associated with "Michael Goldfine." The photograph on that identification was consistent with GOLDFINE and with a photograph of "Michael Goldfine" that I reviewed in the law enforcement investigative file.

WHEREFORE, I respectfully request that MICHAEL GOLDFINE, the defendant, be imprisoned or bailed, as the case may be.

*[signature]*

Alexander S. Vasiliades
Special Agent
Federal Bureau of Investigation

Sworn to before me this
13th day of December, 2024

*[signature]*

THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK